UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 95-227 |
| STEVEN DALE NASWORTHY | : | O R D E R |

This matter having come before this Court on the motion of defendant, Steven Dale Nasworthy to terminate his term of supervised release and to vacate the fine imposed by the sentencing judge [docket entry #8]; and the Court having reviewed defendant, Steven Dale Nasworthy's letter in support of said motion; and the Court having considered the United States of America's response to said motion, dated March 29, 2011 [docket entry # 11]; and for good cause shown;

IT IS on this 29th day of March, 2011,

ORDERED that the motion by defendant, Steven Dale Nasworthy to terminate his term of supervised relief is hereby denied; and

IT IS FURTHER ORDERED that the motion by defendant, Steven Dale Nasworthy to vacate the fine imposed by the sentencing judge is denied; and

IT IS FURTHER ORDERED that all other conditions of the judgment of conviction entered in this matter shall remain in full force and effect.

HONORABLE JOSE L. LINARES
United States District Judge